NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000664
14-MAR-2017
09:04 AM

NO. CAAP-16-0000664

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KENNETH M. SKAHAN, Claimant-Appellant,
v.
STUTTS CONSTRUCTION COMPANY, LTD., Employer-Appellee,
and
FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Insurance Carrier-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO.: AB 2014-041(WH); DCD NO.: 9-13-45106(M))

ORDER DISMISSING THE APPEAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On January 13, 2017, the court denied pro se Claimant-Appellant Kenneth M. Skahan's (Appellant) December 3, 2016 motion for leave to proceed on appeal in forma pauperis without prejudice to Appellant seeking reimbursement of appellate costs pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 39 if he prevails on appeal, and ordered Appellant to pay, within ten days from the date of the order, the required filing

and docketing fees, consistent with HRAP Rule 24(c). The court cautioned Appellant that failure to pay the filing and docketing fees may result in the appeal being dismissed;

(2) On January 27, 2017, the court denied Appellant's motion for reconsideration of the January 13, 2017 order; and

(3) Appellant failed to pay the appellate filing and docketing fees.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed, pursuant to HRAP Rule 24(c). See also HRAP Rule 11(b)(2) & (c)(2).

DATED: Honolulu, Hawaiʻi, March 14, 2017.

Presiding Judge

Associate Judge

Associate Judge

-2-